SOUTH PATH REALTY CORP., Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 47997.) —

Judgment reversed, on the law and the facts, and a new trial ordered, without costs. Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.